and another against the Retsof Mining Company. No opinion. Judgment affirmed on argument, with costs.

BROWN, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Clara P. Brown against the Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the damages are excessive.

BUELLESBACH v. HENDERSON. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Joseph Buellesbach against William Henderson. No opinion. Motion denied on terms stated in order. Order filed.

BUONACOS v. BUONACOS. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Modesta Buonacos against Peter Buonacos. No opinion. Motion granted, with $10 costs. Order filed.

BURKE, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Thomas Burke against the International Paper Company. No opinion. Motion denied.

BUTTERICK PUBLISHING CO., Appellant, v. CHABOT, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by the Butterick Publishing Company against Theodore J. Chabot. J. B. Sheehan, for appellant. S. Bacon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BYERS, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Mortimer W. Byers against Hubbard W. Mitchell. No opinion. Motion to vacate order of November 16, 1908, denied, with costs.

CAESAR MISCH, Inc., v. MOSHEIM. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Caesar Misch, Incorporated, against Julius E. Mosheim. No opinion. Motion denied. Order filed.

CALLESON HORSE CO., Respondent, v. McCORMACK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Calleson Horse Company against William McCormack. No opinion. Judgment of the Municipal Court affirmed, with costs.

CAMP, Respondent, v. HERDENHEIMER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by William A. Camp against Isaac Herdenheimer, Jr., and another. H. Aplington, for appellants. R. B. Aldcroft, Jr., for respond-

114 N.Y.S.—71

ent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CAMPBELL et al., Respondents, v. EMSLIE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John A. Campbell and others against James Emslie. E. C. Crowley, for appellant. F. Pierce, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

CANDEE SMITH & CO., Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Candee Smith & Co. against Henry B. Sire. F. Bien, for appellant. M. C. Katz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARCIONE v. McDONALD et al. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Appeal from Trial Term, New York County. Action by Calogero Carcione, by his guardian ad litem, Antonio Carcione, against John B. McDonald and another. From an order granting plaintiff leave to serve an amended complaint, defendants appeal. Modified and affirmed. James F. Donnelly, for appellants. Nelson L. Keach, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring as a condition of amendment the payment by the plaintiff of full taxable costs in the action up to date, including trial fee. As so modified, the order should be affirmed, with $10 costs and disbursements of this appeal to the appellant.

CARLOS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Winifred Carlos against the Metropolitan Street Railway Company. C. T. B. Rowe, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARRADINE, Appellant, v. SUN PRINTING & PUBLISHING CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Reed Carradine against the Sun Printing & Publishing Company. L. W. Trowbridge, for appellant. F. Bartlett, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

CARTER, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Thomas Carter against William Johnson. No opinion. Judgment of the Municipal Court affirmed, with costs.

CARTER, Respondent, v. VILLAGE OF WATERFORD, Appellant, et al. (Supreme Court, Appellate Division, Third Department.